# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Roderick Brian RANDALL<br><br>_Defendant(s)_ | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 10, 2025__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001 | Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully- (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Arely G. Molina
_Complainant's signature_

Arely G. Molina, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence,

Date: December 15, 2025

_Judge's signature_

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
_Printed name and title_

CONTINUATION OF CRIMINAL COMPLAINT

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Roderick Brian RANDALL | CRIMINAL COMPLAINT<br><br>Case Number: |

On December 10, 2025, a Border Patrol Agent (BPA) working his assigned duties at the United States (US) Border Patrol Checkpoint located on Highway 59 west of Freer, Texas.

At approximately 8:01 P.M., the BPA encountered a box truck bearing temporary Texas license plate (LP), the BPA was performing his immigration inspection, when a BPA K-9 handler advised the BPA that his service K-9 alerted to the presence of a controlled substance and/or concealed humans. The BPA advised the driver to the secondary inspection lane for further inspection. In secondary, agents discovered 20 subjects concealed in a compartment inside the box truck that was loaded with produce. Agents placed the driver and all subjects under arrest and transported them to the Hebbronville Border Patrol Station (HEB) for processing. Subject, Roderick Brian RANDALL was among the smuggled aliens inside the compartment of the box truck. RANDALL provided a United States Passport Card and a Social Security Card with the name Mohamed Billo SOW.

Inside the holding facility, the BPAs again asked RANDALL to confirm his identity, and he continued to claim he was Mohamed Billo SOW. The BPAs ran his fingerprints through Border Patrol databases, which identified him as Roderick Brian RANDALL a United States Citizen. RANDALL's records revealed he has an active warrant out of Sacramento, CA. for homicide. Webb County Sheriff's office confirmed the warrant was active and RANDALL was extraditable.

PRINCIPAL STATEMENT:
Roderick Brian RANDALL was read his Miranda Rights and acknowledged them by signing DHS Service Form I-214. RANDALL stated he was not willing to answer questions without a lawyer present.

SUBSCRIBED and SWORN to before me on

_____15th_____ day of _____December, 2025_____

_____
Signature of Judicial Officer

/S/ Molina, Arely G.    Border Patrol Agent
_____
Signature of Complainant