## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

UNITED STATES OF AMERICA

vs

Roderick Brian Randall
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:25–mj–02849

      Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for December 19, 2025 at 10:00 AM before United States Magistrate Judge Christopher dos Santos at 1300 Victoria, Courtroom 3C, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

*[signature]*
Christopher dos Santos
United States Magistrate Judge

Date: **December 15, 2025**