United States District Court
Southern District of Texas
**ENTERED**
February 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 5:26–cr–00091 |
| § | |
| Roderick Brian Randall § | |

## STANDING ORDER ON PROCEDURES FOR SENTENCING BEFORE U.S. DISTRICT JUDGE GARCIA MARMOLEJO

On February 5, 2026, the Court accepted the Defendant's guilty plea or jury's verdict of guilty. The following schedule will govern Defendant's sentencing:

1. The Defendant's acceptance-of-responsibility statement must be submitted **at or before the pre-sentence investigation interview** with a United States Probation Officer. At the time of the plea, the Defendant may request that his admissions contained in a written factual basis or made in Court serve as a basis for an acceptance-of-responsibility reduction.

2. No later than March 12, 2026, the U.S. Probation Office will complete a Presentence Investigation Report ("PSI Report"). It is counsel's responsibility to obtain the PSI Report. The U.S. Probation Office is not required to further advise counsel of the completion of the PSI Report.

    In applicable drug offenses, the Safety Valve debrief must be completed by [n/a]. Thereafter, the AUSA shall timely notify the U.S. Probation Office of any recommendations prior to the PSI Report disclosure date.

3. **Within 14 days of the disclosure of the PSI Report**:[1]

    a. Counsel for the parties shall submit either their objections or a written statement of non-opposition to the U.S. Probation Office and serve the same on opposing counsel. Legal objections to the PSI Report require citations to supporting and contrary authority. J. Garcia Marmolejo Crim. Ct. P. 11(D)(1) (citing Fed. R. Crim. P. 32(f); S.D. Tex. Crim. L.R. 32.6; U.S. SENTENCING GUIDELINES MANUAL §6A1.2 (U.S. Sentencing Comm'n 2024)).

    b. Counsel shall also file any sentencing memorandum counsel may wish to submit with any pertinent attachments, such as letters and photographs, for consideration of grounds for departures under the Sentencing Guidelines and/or 18 U.S.C. §3553(a) factors/variances by the Court.

4. **No later than 14 days after receiving a party's objections to the PSI Report, opposing counsel shall file a written response to the objections. Absent a clear demonstration of good cause, a party's failure to timely respond and dispute the objections filed by opposing counsel concedes the issue.**

5. Pursuant to Federal Rule of Criminal Procedure 32(f)(3), the Probation Officer may, after receiving objections, meet with the parties to discuss the objections. The Probation Officer may then investigate further and revise the PSI Report as appropriate.

6. **No later than 7 calendar days before sentencing**, the U.S. Probation Office shall complete and submit the final presentence report, together with an addendum describing any objections that have not been resolved and the officer's comments thereon. Fed. R. Crim. P. 32(g). **The Court will not consider any objections filed less than 7 days prior to sentencing absent a showing of good cause.**

---

[1] If additional time is required, counsel may request an extension of up to 5 working days from the Probation Office, without filing a formal motion with the Court. J. Garcia Marmolejo Crim. Ct. P. 11(D)(3). If additional time is required, a motion for leave to file untimely objections and sentencing memoranda should be filed immediately, with an attached sample proposed order available on the Court's website. *See id.* Failure to timely file will result in a show-cause hearing where counsel will be asked to explain why the Court's deadline could not be met and why a motion for continuance was not filed. While late-filed objections and sentencing materials will not be held against the party, the Court may impose monetary sanctions against counsel for not complying with the rules. *Id.*

7. All victim impact statements must be submitted **no later than 14 days prior to sentencing**. If the Government cannot meet this deadline, it must file a motion to continue sentencing.

8. Any Assistant United States Attorneys newly assigned to the case prior to sentencing must enter a notice of appearance.

The Sentencing Hearing is set for May 7, 2026 at 10:00 AM.

It is so **ORDERED**.

**SIGNED** February 5, 2026.

Marina Garcia Marmolejo
United States District Judge