UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 5:26–cr–00091 |
| | § | |
| Roderick Brian Randall | § | |

**ORDER**

No objection has been received to the Report and Recommendation filed by the United States Magistrate Judge, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED on February 6, 2026.

_____
Marina Garcia Marmolejo
United States District Judge