United States Magistrate Court
BCB-SDTX
FILED

FEB 05 2026   2C

Nathan Ochsner, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIM. NO. L-26-00091 |
| RODERICK BRIAN RANDALL | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. PROC. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, Roderick Brian Randall defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 5th day of Feb, 2026

X_____
DEFENDANT

_____
CARLOS M. ALANIZ
ATTORNEY FOR DEFENDANT

_____
ASSISTANT UNITED STATES ATTORNEY